UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00445

———

**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**
*Plaintiff,*

v.

**Mack Humphreys et al.,**
*Defendants.*

———

# ORDER

In April 2025, the court entered an agreed and final judgment authorizing plaintiff to proceed with a non-judicial foreclosure sale to recover the balance of a home equity loan in default. Docs 9, 10, 11. Plaintiff timely moved for attorneys' fees and costs. Doc. 13. That motion was referred to a magistrate judge, Doc. 15, who issued a report recommending that the motion be granted, that plaintiff be awarded $4,199.58 in fees and costs, and that the award be added to the total payoff of the loan. Doc. 16 at 9. No party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's motion for attorneys' fees and costs (Doc. 13) is granted. Plaintiff is awarded $4,199.58 in fees and costs. In accordance with the agreed final judgment entered in this case, this amount shall be added as a charge to the loan agreement and added to the total payoff of the loan. *See* Doc. 11 at 5.

- 2 -

*So ordered by the court on March 3, 2026.*

J. CAMPBELL BARKER
United States District Judge